BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 509-7051

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEE R. FONTAINE, JR.**<br>xxx-xx-8864<br><br>**Plaintiff,**<br><br>v.<br><br>**CAROLYN W. COLVIN**<br>**Acting Commissioner of Social Security**<br>**of the United States of America,**<br><br>**Defendant.** | Case No. 12-2662 CMK<br><br>**STIPULATION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE SUMMARY JUDGEMENT MOTION** |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that Plaintiff's time to file his summary judgment motion is hereby extended from April 1, 2013, to May 1, 2013.  This is plaintiff's  first requested extension and is required to accommodate his attorney's briefing schedule and vacation.   This is Plaintiff's first requested extension on this case.

/ / / /

/ / / /

/ / /

1

| | |
|---|---|
| Dated: March 28, 2013 | */s/Bess M. Brewer* |
| | BESS M. BREWER |
| | Attorney at Law |
| | Attorney for Plaintiff |
| | |
| Dated: March 28, 2013 | Benjamin B. Wagner |
| | United States Attorney |
| | Donna L. Calvert |
| | Acting Regional Chief Counsel, Region IX |
| | Social Security Administration |
| | |
| | /s/ Elizabeth Barry, |
| | ELIZABETH BARRY |
| | Special Assistant United States Attorney |
| | Attorneys for Defendant |

**ORDER**

APPROVED AND SO ORDERED.

 DATED:  April 2, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE