1  BESS M. BREWER, #100364
   LAW OFFICE OF
2  BESS M. BREWER & ASSOCIATES
   P.O. Box 5088
3  Sacramento, CA 95817
   Telephone: (916) 509-7051
4
   Attorneys for Plaintiff
5

6  **IN THE UNITED STATES DISTRICT COURT**

7  **EASTERN DISTRICT OF CALIFORNIA**

8
   **LEE R. FONTAINE, JR.**            )   Case No.  12-2662 CMK
9  **xxx-xx-8864**                     )
                                       )
10                                     )
                                       )
11                                     )
                                       )   **STIPULATION AND**
12                                     )   **ORDER EXTENDING PLAINTIFF'S**
         **Plaintiff,**                )   **TIME TO FILE SUMMARY**
13                                     )   **JUDGEMENT MOTION**
   v.                                  )
14                                     )
   **CAROLYN W. COLVIN**               )
15
   **Acting Commissioner of Social Security**  )
16 **of the United States of America,** )
                                       )
17                                     )
         **Defendant.**                )
18                                     )
                                       )
19 _____ )

20
       IT IS HEREBY STIPULATED by and between the parties, through their attorneys, that
21
   Plaintiff's time to file his summary judgment motion is hereby extended from April 1, 2013, to May
22
   1, 2013.   This is plaintiff's  first requested extension and is required to accommodate his attorney's
23
   briefing schedule and vacation.   This is Plaintiff's first requested extension on this case.
24

25 / / / /

26 / / / /

27 / / /

28

                                                    1

| | | |
|---|---|---|
| Dated: March 28, 2013 | | */s/Bess M. Brewer* |
| | | BESS M. BREWER |
| | | Attorney at Law |
| | | Attorney for Plaintiff |

Dated: March 28, 2013          Benjamin B. Wagner
                               United States Attorney
                               Donna L. Calvert
                               Acting Regional Chief Counsel, Region IX
                               Social Security Administration

                               /s/ Elizabeth Barry,
                               ELIZABETH BARRY

                               Special Assistant United States Attorney
                               Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

 DATED:  April 2, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2