```
BENJAMIN WAGNER CSBN 163581
United States Attorney
GRACE M. KIM SBN IL 6203390
Regional Chief Counsel, Region IX
Social Security Administration
ELIZABETH BARRY CSBN 203314
Special Assistant United States Attorney

     160 Spear Street, 8th Floor
     San Francisco, California 94105
     Telephone:  (415) 977-8972
     Facsimile:  (415) 744-0134
     E-Mail: Elizabeth.Barry@ssa.gov

Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE R. FONTAINE, JR.,<br><br>    Plaintiff,<br><br>        v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br><br>    Defendant. | CIVIL NO. 2:12-cv-02662-CMK<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME FOR DEFENDANT TO FILE HIS OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a forty-five day extension, from June 21, 2013 to August 5, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This is Defendant's first request for an extension. This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter and is not intended to cause intentional delay.

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

                    Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: June 20, 2013         By */s/ Elizabeth Barry*
                                    ELIZABETH BARRY
                                    Special Assistant U.S. Attorney
                                    Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: June 20, 2013         By  */s/ Bess M. Brewer*
                                    (as authorized via e-mail)
                                    BESS M. BREWER
                                    Attorney for Plaintiff

                    IT IS SO ORDERED:

DATED:  June 26, 2013

                              **CRAIG M. KELLISON**
                              UNITED STATES MAGISTRATE JUDGE