1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  GRACE M. KIM SBN IL 6203390
   Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF CALIFORNIA
10                 **SACRAMENTO DIVISION**

11 LEE R. FONTAINE, JR.,            )
                                    )        CIVIL NO. 2:12-cv-02662-CMK
12                                  )
                                    )
13     Plaintiff,                   )
                                    )        STIPULATION AND ORDER FOR FIRST
14         v.                       )        EXTENSION OF TIME FOR DEFENDANT
                                    )        TO FILE HIS OPPOSITION OR
15                                  )        OTHERWISE RESPOND TO PLAINTIFF'S
   CAROLYN W. COLVIN,               )        OPENING BRIEF
16 Acting Commissioner of           )
   Social Security,[1]          )
17                                  )
       Defendant.                   )
18 _____ )

19         IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the

20 approval of the Court, that Defendant shall have a forty-five day extension, from June 21, 2013 to

21 August 5, 2013,  in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to

22 Plaintiff's motion.

23         This is Defendant's first request for an extension.  This request is the result of a heavy briefing

24 schedule for counsel responsible for briefing this matter and is not intended to cause intentional delay.

25

26 _____

27         [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
   Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28 for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
   suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

Respectfully submitted,


BENJAMIN WAGNER
United States Attorney

Dated: June 20, 2013                    By */s/ Elizabeth Barry*
                                        ELIZABETH BARRY
                                        Special Assistant U.S. Attorney
                                        Attorneys for Defendant


OF COUNSEL:


Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration


Dated: June 20, 2013                    By  */s/ Bess M. Brewer*
                                        (as authorized via e-mail)
                                        BESS M. BREWER
                                        Attorney for Plaintiff


IT IS SO ORDERED:


DATED:  June 26, 2013


_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2