```
 1  BENJAMIN WAGNER CSBN 163581
    United States Attorney
 2  DONNA L. CALVERT
    Acting Regional Chief Counsel, Region IX
 3  Social Security Administration
    ELIZABETH BARRY CSBN 203314
 4  Special Assistant United States Attorney

 5       160 Spear Street, 8th Floor
         San Francisco, California 94105
 6       Telephone:  (415) 977-8972
         Facsimile:  (415) 744-0134
 7       E-Mail: Elizabeth.Barry@ssa.gov

 8  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
**SACRAMENTO DIVISION**

| | |
|---|---|
| LEE R. FONTAINE, JR.,<br><br>          Plaintiff,<br><br>               v.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of<br>Social Security,[1]<br><br>          Defendant.<br>_____ | CIVIL NO. 2:12-cv-02662-CMK<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER OPPOSITION OR OTHERWISE RESPOND TO PLAINTIFF'S OPENING BRIEF |

IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the approval of the Court, that Defendant shall have a short, fourteen day extension, from August 26, 2013 to September 9, 2013, in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond to Plaintiff's motion.

This is Defendant's third request for an extension. This request is the result of a heavy briefing schedule for counsel responsible for briefing this matter as well as other aspects of counsel's heavy workload such as the unexpected need to be out of the office to take a deposition. This request is not

---

[1] Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted for Michael J. Astrue as the defendant in this suit. No further action need to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

intended to cause intentional delay.  Defendant understands that this will be her final extension in this matter.

                    Respectfully submitted,

                    BENJAMIN WAGNER
                    United States Attorney

Dated: August 21, 2013         By */s/ Elizabeth Barry*
                    ELIZABETH BARRY
                    Special Assistant U.S. Attorney
                    Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: August 21, 2013         By: */s/ Bess M. Brewer*
                    (as authorized via e-mail)
                    BESS M. BREWER
                    Attorney for Plaintiff

                    IT IS SO ORDERED:

DATED:  August 22, 2013

                    _____
                    **CRAIG M. KELLISON**
                    UNITED STATES MAGISTRATE JUDGE