1  BENJAMIN WAGNER CSBN 163581
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX
3  Social Security Administration
   ELIZABETH BARRY CSBN 203314
4  Special Assistant United States Attorney

5      160 Spear Street, 8th Floor
       San Francisco, California 94105
6      Telephone:  (415) 977-8972
       Facsimile:  (415) 744-0134
7      E-Mail: Elizabeth.Barry@ssa.gov

8  Attorneys for Defendant

9                    UNITED STATES DISTRICT COURT
                     EASTERN DISTRICT OF CALIFORNIA
10                       **SACRAMENTO DIVISION**

11  LEE R. FONTAINE, JR.,                )
                                         )
12                                       )        CIVIL NO. 2:12-cv-02662-CMK
                                         )
13        Plaintiff,                     )
                                         )
14             v.                        )        STIPULATION AND ~~PROPOSED~~ ORDER
                                         )        FOR THIRD EXTENSION OF TIME FOR
                                         )        DEFENDANT TO FILE HER OPPOSITION
15                                       )        OR OTHERWISE RESPOND TO
    CAROLYN W. COLVIN,                   )        PLAINTIFF'S OPENING BRIEF
16  Acting Commissioner of              )
    Social Security,[1]                  )
17                                       )
          Defendant.                     )
18  _____ )

19
           IT IS HEREBY STIPULATED, by and between the undersigned attorneys, subject to the
20
    approval of the Court, that Defendant shall have a short, fourteen day extension, from August 26, 2013
21
    to September 9, 2013,  in which to file her Opposition to Plaintiff's Opening Brief or otherwise respond
22
    to Plaintiff's motion.
23
           This is Defendant's third request for an extension.  This request is the result of a heavy briefing
24
    schedule for counsel responsible for briefing this matter as well as other aspects of counsel's heavy
25
    workload such as the unexpected need to be out of the office to take a deposition.  This request is not
26  _____

27       [1]Carolyn W. Colvin became the Acting Commissioner of Social Security on February 14, 2013.
    Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should be substituted
28  for Michael J. Astrue as the defendant in this suit.  No further action need to be taken to continue this
    suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

intended to cause intentional delay.  Defendant understands that this will be her final extension in this matter.

Respectfully submitted,

BENJAMIN WAGNER
United States Attorney

Dated: August 21, 2013                    By */s/ Elizabeth Barry*
                                          ELIZABETH BARRY
                                          Special Assistant U.S. Attorney
                                          Attorneys for Defendant

OF COUNSEL:

Marla K. Letellier
Assistant Regional Counsel
United States
Social Security Administration

Dated: August 21, 2013                     By: */s/ Bess M. Brewer*
                                           (as authorized via e-mail)
                                           BESS M. BREWER
                                           Attorney for Plaintiff

IT IS SO ORDERED:

 DATED:  August 22, 2013

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

2